

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0810-19

**THE STATE OF TEXAS**

**v.**

**RICARDO MATA, Appellee**

### ORDER TO FILE BRIEF
### FROM THE THIRTEENTH COURT OF APPEALS
### HIDALGO COUNTY

*Per curiam.*

## O R D E R

On September 18, 2020, this Court granted the State's petition for discretionary review. The trial court appointed Oscar Renee Flores as counsel to represent Appellee in this case. Appellee's counsel filed a brief claiming this Court has no jurisdiction because the parties entered into a plea bargain in October of 2018. At the time of the plea bargain, the case was pending in the court of appeals; thus, the trial court's jurisdiction was suspended. TEX. R. APP. 25.2(g). In addition, the trial court has since issued an order

stating that it was vacating its October 2018 judgment and returning the parties to the positions they occupied before the plea bargain.

As of this date, Appellee's counsel has not filed a brief on the merits of the ground on which review is granted. Oral argument is set in this case for May 5, 2021. Accordingly, counsel is ordered to file a brief within five days of the date of this Order. *See* TEX. R. APP. P. 70.4; *see also Hunter v. State*, 954 S.W.2d 767 (Tex. Crim. App. 1995).

Delivered April 27, 2021
Do not publish